# UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| CAMERON LANNING CORMACK, ) | |
| ) | |
| Plaintiff, ) | No. 1:13-cv-232C |
| ) | Judge Charles F. Lettow |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| NORTHROP GRUMMAN SYSTEMS CORPORATION ) | |
| ) | |
| Defendant-Intervenor. ) | |

## DEFENDANT-INTERVENOR NORTHROP GRUMMAN SYSTEMS CORPORATION'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF CAMERON LANNING CORMACK

Pursuant to Rule 37 of the Rules of the United States Court of Federal Claims ("R.C.F.C."), Defendant-Intervenor Northrop Grumman Systems Corporation ("NGSC") hereby moves to compel Plaintiff Cameron Lanning Cormack ("Cormack") to produce documents related to the prosecution of the U.S. 7,781,693 patent application over which Cormack has intentionally waived attorney-client privilege. Specifically, NGSC moves for an order compelling Cormack to produce Document Nos. 2, 17, 38-54, 59-73, 75-83, and 94-130 from Cormack's Second Privilege Log dated January 21, 2014; and Document Nos. 4-8 of Cormack's Third Privilege Log dated February 3, 2014.

The grounds and legal support for NGSC's Motion are fully set forth in the accompanying Memorandum of Law, which is incorporated by reference.

Dated: June 17, 2014	Respectfully Submitted,

*/s/ Gregory H. Lantier*
Gregory H. Lantier
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Phone:  202-663-6000
Fax:  202-663-6363
gregory.lantier@wilmerhale.com


Attorney for Defendant-Intervenor
Northrop Grumman Systems Corporation
2980 Fairview Park Drive
Falls Church, VA 22042

## **CERTIFICATE OF GOOD FAITH**

Pursuant to Fed. R. Civ. P. 37 and R.C.F.C. 37, the movant hereby certifies that it has in good faith conferred with Plaintiff Cameron Lanning Cormack to resolve this dispute without Court action.

*/s/ Gregory H. Lantier*
Gregory H. Lantier

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic mail and First Class Mail on June 17, 2014 on the following attorneys of record:

> James L. Beausoleil, Jr.
> DUANE MORRIS, LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Phone: 215-979-1120
> Fax: 215-689-0889
> jlbeausoleil@duanemorris.com
>
> Kirby Wing-Kay Lee
> U.S. Department of Justice – Civil Division
> P.O. Box 480
> Washington, DC 20044
> Phone: 202-307-0335
> Fax: 202-307-0345
> Email: Kirby.lee@usdoj.gov

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: June 17, 2014 | */s/ Gregory H. Lantier* |
|  | Gregory H. Lantier |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  | 1875 Pennsylvania Ave., N.W. |
|  | Washington, DC 20006 |
|  | Phone: 202-663-6000 |
|  | Fax: 202-663-6363 |
|  | gregory.lantier@wilmerhale.com |
|  |  |
|  | Attorney for Defendant-Intervenor Northrop Grumman Systems Corporation |
|  | 2980 Fairview Park Drive |
|  | Falls Church, VA 22042 |